ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 NOV 28 P 2: 15

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LEAVE OF ABSENCE REQUEST | ) |
| FOR DAVID R. BRUNK | ) |
| | ) INDICTMENT NO.: |
| | ) CR 116-055; US v. JUSTIN TONEY |
| December 5, 2016 – December 9, 2016 | ) |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by Attorney David Brunk the above-captioned cases on behalf of David R. Brunk for December 5, 2016 through December 9, 2016 for personal time off and required continuing education the same is hereby GRANTED.

SO ORDERED this 28th day of November, 2016.

UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA